UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| KERLIN DE LOS SANTOS,<br>    Plaintiff, | : | |
| v. | : | 7:05-cv-9369 (WWE) |
| JUST WOOD FURNITURE, INC., d/b/a JUST WOOD and EIGHT NINETY ONE LONGFELLOW CORP.,<br>    Defendants. | : | |
| ------------------------------------------------------------X | | |
| KERLIN DE LOS SANTOS,<br>    Plaintiff, | : | |
| v. | : | 7:06-cv-5749 (WWE) |
| BRIAN KELLY, as owner, partner or manager of JUST WOOD FURNITURE, INC., d/b/a JUST WOOD and EIGHT NINETY ONE LONGFELLOW CORP. and individually,<br>    Defendants. | : | **AMENDED JUDGMENT** |
| ------------------------------------------------------------X | | |

    Whereas the above entitled action having been brought before a jury and the Honorable Warren W. Eginton, Senior United States District Judge, and on May 20, 2009, after deliberation, the jury having returned a verdict in favor of plaintiff Kerlin De Los Santos, as against defendants Just Wood Furniture, Eighty Ninety One Longfellow Corp., and Brian Kelly, awarding plaintiff damages in the amount of $9,916.00 as against Just Wood Furniture and $20,958.00 as against Just Wood Furniture, Eighty Ninety One Longfellow Corp., and Brian Kelly, jointly and severally, and,

Whereas the Court on February 2, 2010, having handed down a Memorandum of Decision (Docket #87), granting plaintiff's motion for attorneys' fees and costs, it is,

ORDERED ADJUDGED AND DECREED: that judgment is entered in favor of plaintiff Kerlin De Los Santos in the amount of $9,916.00 as against Just Wood Furniture, and $20,958.00 as against Just Wood Furniture, Eighty Ninety One Longfellow Corp., and Brian Kelly, jointly and severally, and, in addition, the Court grants plaintiff's motion for attorneys' fees and costs, awarding plaintiff such fees in the amount of $154,760.42 and costs in the amount of $4,393.47 as to defendants 891 Longfellow and Brian Kelly, and the case is hereby closed.

Dated at White Plains, New York, this 3rd day of February, 2010.

By _____
Warren W. Eginton
Senior United States District Judge

By: _____
J. Michael McMahon – Clerk

Entered on Docket _____